IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Shapel Magnuson, | No. CV-07-474-PHX-ROS |
| Petitioner, | **ORDER** |
| vs. | |
| Arizona Psychiatric Security Review Board, et al., | |
| Respondents. | |

Pending before the Court is Magistrate Judge Jay R. Irwin's Report and Recommendation. (Doc. 54) Magistrate Judge Irwin recommends the petition for writ of habeas corpus be dismissed without prejudice. Petitioner did not file any objections. No objections being made, the Court will adopt the Report and Recommendation in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation is **ADOPTED** and the Petition (Doc. 1) shall be **DISMISSED**. The Clerk shall close this case.

DATED this 29th day of September, 2009.

Roslyn O. Silver
United States District Judge